# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| FUSION ELITE ALL STARS, et al., | ) |
| Movants, | ) ) ) |
| v. | ) ) Case No. 2:22-cv-2226-SHL-tmp |
| NFINITY ATHLETIC LLC, | ) ) ) |
| Respondent/Non-Party. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Movants' Motion to Compel, (ECF No. 1), filed March 2, 2022,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order Adopting the Chief Magistrate Judge's Report and Recommendation, (ECF No. 39), filed on January 13, 2023, this non-party case is **CLOSED** and Respondent NFinity Athletic LLC is entitled to a total of $25,757.50 in fees related to this litigation.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

January 19, 2023
Date